of the Civil Service act. We have concluded that the only appointment which the relator received was a probationary one for three months. As that expired by its own limitations, he was not removed from office. All that he can now complain of is that he was not at the end of the probationary period of appointment absolutely appointed, and that the claim, in our judgment, is insubstantial.

The writ will therefore be dismissed.

ANNA V. NAGENGAST, PROSECUTOR, v. BOARD OF EDUCATION OF THE CITY OF BAYONNE, DEFENDANT.

Argued January term, 1928—Decided July 2, 1928.

Before Justices PARKER, MINTURN and CAMPBELL.

For the prosecutor, *Brenner & Kresch.*

For the defendant, *Benny & Cruden.*

PER CURIAM.

For the reason stated in the opinion filed in number 295, this term, involving substantially the same question, the writ in this case will be dismissed.